IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REVEREND CYNTHIA LOUISE
ZEEDYK TWOEAGLES, PH.R.,

    Plaintiff,

vs.                                                                                 No. CIV 13-0421 JB/KBM

BERNALILLO COUNTY CHILD PROTECTIVE SERVICES;
ALBUQUERQUE POLICE DEPARTMENT;
BERNALILLO COUNTY SHERIFF'S OFFICE,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order Adopting the Chief Magistrate Judge's Proposed Analysis and Recommended Disposition, filed concurrently herewith, in which the Court adopted the Honorable Karen B. Molzen, Chief United States Magistrate Judge's Analysis and Recommended Disposition, filed May 15, 2013 (Doc. 8), recommending that the Court dismiss without prejudice the Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed May 6, 2013 (Doc. 1), and that the Court deny the Plaintiff's Application to Proceed in District Court without Prepayment of Costs or Fees, filed May 6, 2013 (Doc. 2). Because the Memorandum Opinion and Order Adopting the Chief Magistrate Judge's Proposed Analysis and Recommended Disposition disposes of all claims and parties before the Court, the Court now enters final judgment in this matter.

**IT IS ORDERED** that the Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed May 6, 2013 (Doc. 1), is dismissed without prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties*

Cynthia Louise Zeedyk Twoeagles
Moriarty, New Mexico

    *Plaintiff pro se*